# Third District Court of Appeal

## State of Florida

Opinion filed July 10, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0206
Lower Tribunal No. 09-134-K

_____

**Brian Gelish,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Monroe County, Timothy J. Koenig, Judge.

Carlos J. Martinez, Public Defender, and Shannon Hemmendinger, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.


Before EMAS, SCALES and GORDO, JJ.

PER CURIAM.

Affirmed. <u>See</u> § 394.918(3), Fla. Stat. (2023) ("The court shall hold a limited hearing to determine whether there is probable cause to believe that the person's condition has so changed that it is safe for the person to be at large and that the person will not engage in acts of sexual violence if discharged."); <u>Abaunza v. State</u>, 278 So. 3d 207, 210 (Fla. 1st DCA 2019) (holding that the appellate court reviews whether a trial court's section 394.918(3) probable cause determination is supported by competent, substantial evidence); <u>Barron v. State</u>, 217 So. 3d 1088, 1091 (Fla. 3d DCA 2017) (holding that, pursuant to section 394.918(3), the trial court may weigh and consider competing evaluations of a petitioner who is seeking release from involuntary civil commitment).